**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Brandon Adrow, <br><br> Plaintiff, <br><br> v. <br><br> Stellar Recovery, Inc., <br><br> Defendant. | Case No. 1:15-cv-07234 <br><br> Judge: James B. Zagel <br><br> Magistrate Judge: Daniel G. Martin |

**OFFER OF JUDGMENT TO PLAINTIFF**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Stellar Recovery, Inc. ("Stellar"), by and through its undersigned attorney, hereby offers to allow judgment to be taken against it and in favor of Plaintiff, as follows:

1. Judgment shall be entered against Stellar in the amount of $7,500.00 as damages, attorneys' fees, and costs arising from Plaintiff's claims against Stellar as alleged in Plaintiff's Complaint.

2. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against Stellar and any of its agents, principals or employees.

3. Notwithstanding the foregoing Offer, Stellar denies any wrongdoing or violation of state or federal laws, but admits liability for the sole purposes of settlement and resolution of Plaintiff's claims sought in the above-captioned matter as described more fully herein. If Stellar's offer is accepted, Plaintiff agrees to release all claims he has or could have brought against Stellar or any of its parents, subsidiaries, affiliates, officers, employees, agents, and assigns, which arise from the transaction and form the base of Plaintiff's claims, including the

facts set forth in the Complaint in this matter, including any claims for costs, attorney fees, statutory penalties, damages and interest.

4. If Plaintiff rejects this offer, pursuant to Rule 68, Stellar may seek to recover any additional costs and disbursements incurred in the defense of Plaintiff's claims, then accrued at the conclusion of this case, if applicable. Also, Plaintiff must pay his own costs and attorney fees incurred after making this Offer, as well as the costs of Stellar. *See, O'Brien v. City of Greers Ferry*, 873 F.2d 1115, 1120 (8th Cir. 1989); *Jordan v. Time, Inc.*, 111 F.3d 102 (11th Cir. 1997).

RESPECTFULLY SUBMITTED,

Date: February 2, 2016

By:   /s/ *Alison N. Emery*
One of Defendant's Attorneys

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
(P) (904) 497-4904
(F) (904) 458-8979
(E) alison@assurancelawgroup.com

## PROOF OF SERVICE

I hereby certify that on February 2, 2016, I served the following by sending it by email to Plaintiff's Attorney, David Menditto, at davidm@fairdebt411.com.

  /s/ *Alison N. Emery*
Alison Emery

- 2 -