UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brandon Adrow, | Case No. 1:15-cv-07234 |
| Plaintiff, | Judge: James B. Zagel |
| v. | Magistrate Judge: Daniel G. Martin |
| Stellar Recovery, Inc. | **PLAINTIFF'S NOTICE OF SATISFACTION OF JUDGMENT** |
| Defendant. | |

Now comes Plaintiff, through Counsel, to notify the Court that the Defendant has Satisfied the Judgment in the present Case.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA

Date: March 10, 2016

By: s/ David M. Menditto
David M. Menditto, Esq.
1100 W. Cermak Rd., Suite B410
Chicago, IL 60608
Telephone: 312-380-6110
Email: davidm@fairdebt411.com
*One of Plaintiff's Attorneys*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon:


Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

*Counsel for Defendant*

                                                      s/ David M. Menditto